**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. <u>25-MJ-03214-ELFENBEIN</u>

IN RE SEALED COMPLAINT

_____/

FILED BY_____*ER*_____D.C.

**Jun 18, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No.

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No.

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No.

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   /s/ *Lindsey Maultasch*
      Lindsey Maultasch
      Assistant United States Attorney
      Court ID No. A5502705
      99 N.E. 4th Street
      Miami, FL 33132
      (305) 961-9115
      Lindsey.Maultasch@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  25-MJ-03214-ELFENBEIN |
| PHILLIP JOSHUA FULTZ, | ) | |
| | ) | |
| | ) | |
| *Defendant.* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 1, 2025 _____ in the county of _____ Miami-Dade _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm and Ammunition by a Convicted Felon |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

Badge No. 32170
_____
*Complainant's signature*

Giovanni Jessie Menocal, Special Agent, FBI
_____
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  Face Time.

Date:  June 18, 2025 _____

_____
*Judge's signature*

City and state: _____ Miami, Florida _____

Honorable Marty Fulgueira Elfenbein, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Giovanni Jessie Menocal, having been duly sworn, hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since June 2024. I am currently assigned to the Miami Field Office, and I am a member of the Miami-Dade County Safe Streets and Violent Gang Task Force. As part of my professional duties and responsibilities, I investigate crimes involving gangs and firearms violations. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application for and execution of arrest and search warrants. I have conducted and assisted in numerous firearms investigations. I have also executed search warrants that have led to seizures of firearms.

2.      I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and to make arrests for, federal offenses, including but not limited to offenses involving firearms offenses, including violations of Title 18, United States Code, Section 922. I am authorized to apply for and execute both search warrants and arrest warrants for offenses enumerated in Titles 18 and 21 of the United States Code.

3.      This information set forth in this Affidavit is provided in support of the attached criminal complaint charging **Phillip Fultz ("FULTZ")** with Possession of a Firearm and Ammunition by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1).

4.      The statements contained in this Affidavit are based upon my personal knowledge, as well as on information provided to me by other law enforcement officers. This Affidavit does not include every fact and circumstance known to me, but only the facts and circumstances that I

1

believe are sufficient to establish probable cause that the offenses were committed. As such, it does not include each and every fact known to law enforcement about this investigation.

## PROBABLE CAUSE

5.      On or about January 1, 2025, pursuant to a gang related firearm investigation, law enforcement executed a search warrant issued by a state court judge in the Eleventh Judicial Circuit of Florida for a residence located at 1630 Northwest 4th Avenue, Apartment 9F, Miami, Florida 33136 (hereinafter referred to as the "Residence"). When law enforcement executed the search warrant, four individuals were present inside the Residence: **FULTZ**, "M.S.," an adult female, and "T.C." and "K.F.," who are both minor children. At the time that the warrant was executed, **FULTZ** was on house arrest with an ankle monitor for a pending criminal case (*see* Miami-Dade case number F21011549).

6.      Law enforcement discovered six firearms in the Residence, which were: (1) a Taurus G2C firearm, bearing serial number TLR64206;[1] (2) a Canik TP9 firearm, bearing serial number T6472-21BN05035, loaded with 15 live rounds of ammunition; (3) a Glock 17C firearm, bearing serial number NUY151;[2] (4) an AM-15 firearm, bearing serial number 21164149, which was a short barrel rifle; (5) a Glock 17 firearm, bearing serial number BWFB841, which was equipped with a machinegun conversion device ("MCD")[3] and was loaded with 20 live rounds of ammunition; and (6) a Glock 17 firearm, bearing serial number BWXP688, equipped with a MCD. The AM-15 short barrel rifle was located under the mattress in **FULTZ**'s bedroom. Law enforcement recovered other items in the Residence, including: a Florida driver's license belonging to **FULTZ**; one live 9mm round of ammunition; a Glock firearm magazine that was

---

[1] This firearm was previously reported stolen under Opa Locka Police Department case number LPD-231201005.
[2] This firearm was previously reported stolen under Miami-Dade Police Department case number PD190107008196.
[3] A machinegun conversion device ("MCD") refers to an item that can be integrated with a semiautomatic firearm to illegally convert it to fire automatically.

2

found next to a marijuana card belonging to **FULTZ**; an AR magazine containing 26 live rounds of ammunition; and a rifle magazine containing 20 live rounds of ammunition.

7. Following the search, **FULTZ** was provided his *Miranda* rights, which he knowingly and voluntarily waived, and agreed to speak to law enforcement. When questioned about the firearms recovered from the Residence, **FULTZ** invoked his constitutional rights. However, shortly after invoking his rights, **FULTZ** reinitiated contact with law enforcement and confirmed that he wanted to continue speaking without an attorney present. **FULTZ** told law enforcement that he knew of at least some of the firearms that were recovered from the Residence. **FULTZ** told law enforcement that he obtained the AM-15 rifle on the night of December 31, 2024, and placed it underneath the mattress in the bedroom where he sleeps in the Residence. **FULTZ** further told law enforcement that he had concealed other firearms that law enforcement found within the Residence. Furthermore, **FULTZ** stated that he knew one of the Glock firearms in the Residence was equipped with a "switch," and that he understood the purpose of the switch was to modify a firearm to make it fully automatic. **FULTZ** advised that the firearms belonged to other individuals but admitted that he had handled and moved the firearms. **FULTZ** stated that he believed the law had changed as to whether felons can possess firearms. **FULTZ**'s statements were audio recorded.

8. The recovered firearms and ammunition were manufactured outside of the State of Florida and have therefore traveled in interstate or foreign commerce.

9. On or about January 1, 2025, **FULTZ** had previously been convicted of a felony and knew that he was a convicted felon. Specifically, on or about August 29, 2012, **FULTZ** was convicted of burglary with an assault or battery, strongarm robbery, and three counts of child abuse with no great bodily harm, all of which are crimes punishable by more than a year imprisonment

3

(*see* Miami-Dade case number F12011918). **FULTZ** subsequently violated his probation and on or about November 4, 2013, his probation was revoked, and he was sentenced to 130 months in prison. Additionally, on or about December 14, 2009, **FULTZ** was convicted of possession of heroin with the intent to distribute, which is a crime punishable by more than a year imprisonment (*see* Miami-Dade case number F09031070A). **FULTZ** subsequently violated probation and on or about February 26, 2010, his probation was revoked, and he was sentenced to 30 days in jail. Based on the amount of time **FULTZ** served on one or more of the aforementioned felonies, **FULTZ** knew he was a convicted felon at the time of law enforcement's search on January 1, 2025.

## CONCLUSION

10.    Based on the above facts, I respectfully submit that there is probable cause to support a criminal complaint charging **PHILLIP FULTZ** with Possession of a Firearm and Ammunition by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1).

**FURTHER AFFIANT SAYETH NAUGHT.**

Badge No. 32170

GIOVANNI JESSIE MENOCAL
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this __18th__ day of June 2025.

HONORABLE MARTY FULGUEIRA ELFENBEIN
UNITED STATES MAGISTRATE JUDGE

4